UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUDY TAFOYA, | ) Case No. CV 08-1942-DDP(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KEN CLARK, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 1, 2013

_____
Dean D. Pregerson
United States District Judge